UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-300<u>25</u>-MAP |
| ) | |
| vs. ) | VIOLATIONS: |
| ) | |
| ) | 21 U.S.C. § 841(a)(1) - |
| ) | Possession with Intent to |
| ) | Distribute Cocaine Base (Count One) |
| ) | |
| ) | 21 U.S.C. §860 |
| ) | Possession with Intent to |
| ) | Distribute cocaine Base within |
| ) | 1,000 Feet of a School |
| ) | (Count Two) |
| ) | |
| ) | 18 U.S.C. § 924(c)- |
| ) | Possession of Firearm in |
| ) | Furtherance of a Drug |
| ) | Trafficking Crime (Count Three) |
| ) | |
| ) | 18 U.S.C. § 2 - |
| ERIC LOPEZ, ) | Aiding and Abetting |
| Defendant. ) | (Counts One and Two) |

### INDICTMENT

The Grand Jury charges that:

COUNT ONE:    Title 21, United States Code, Section 841(a)(1) - Possession with Intent to Distribute Cocaine Base; Title 18, United States Code, Section 2: Aiding and Abetting

1.   On or about the 15th day of July, 2003, in Holyoke, Massachusetts,

ERIC LOPEZ,

defendant herein, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a substance controlled under

Schedule II, Title 21, United States Code, Section 812.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT TWO</u>:        Title 21, United States Code, Section 860:
                  Possession with Intent to Distribute Cocaine Base
                  within 1,000 Feet of a School; Title 18, United
                  States Code, Section 2: Aiding and Abetting

2. On or about the 15th day of July, 2003, in Holyoke, Massachusetts,

**ERIC LOPEZ,**

the defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule I controlled substance, within 1,000 feet of the real property comprising the H. B. Lawrence Elementary School, a public school in Holyoke.

All in violation of Title 21, United States Code, Sections 860 and 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>: Title 18, United States Code, Section 924(c)(1) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime

3. On or about the 15th day of July, 2003, in Holyoke, Massachusetts,

ERIC LOPEZ,

defendant herein, knowingly and intentionally possessed a .45 caliber semiautomatic handgun, during and in relation to a drug trafficking crime, namely, possession with intent to distribute cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count One of the Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1).

4

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
JAMES R. GOODHINES
SPECIAL ASSISTANT UNITED STATES ATTORNEY


DISTRICT OF MASSACHUSETTS: May 6, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT
11:52 AM