AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF        MASSACHUSETTS

FILED

UNITED STATES OF AMERICA

V.

ERIC LOPEZ

APPEARANCE

Case Number:  04-30025-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America

I certify that I am admitted to practice in this court.

Date  5/6/04

Signature  James R. Goodhines

JAMES R. GOODHINES
Print Name

629578
Bar Number

1550 Main Street, Suite 310
Address

Springfield, MA 01103
City                State              Zip Code

(413) 785-0235
Phone Number

(413) 785-0394
Fax Number