O AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

**NOTICE**

V.

ERIC LOPEZ

CASE NUMBER:   04-30025-MAP

TYPE OF CASE:

| G CIVIL | : **CRIMINAL** |

: **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, MA 01103 | DATE AND TIME |
| | May 6, 2004, at 1:00 p.m. |

TYPE OF PROCEEDING

**INITIAL APPEARANCE AND ARRAIGNMENT**

9 **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

May 14, 2004

/s/ Bethaney A. Healy

DATE

(BY) DEPUTY CLERK

TO:    All counsel of record, Defendant, Pretrial Services