AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

__Western__ DISTRICT OF __Massachusetts__

United States of America

v.

Eric Lopez, Defendant

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Eric Lopez.

Date: 5/24/04

Signature: [signed]

Print Name: Dale E. Bass

Address: 14? ?

City: S?d   State: MA   Zip Code: 0110?

Phone Number: (413) 732-78??