6. It is not clear whether a trial will be necessary.

7. A final status conference should be scheduled.

8. The defendant has signed a waiver his rights pursuant to the Interstate Agreement on Detainers.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

by: *[signature]*
        JAMES R. GOODHINES
        Special Asst. U.S. Attorney

        *[signature]*
        DALE E. BASS, Esq.
        Counsel for Defendant

Date:    July 13, 2004