UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-30025-MAP |
| ) | |
| ERIC LOPEZ, ) | |
| Defendant ) | |

SCHEDULING ORDER
July 13, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the final status conference this day:

1. Defendant shall file his motion to suppress by July 30, 2004, to which the Government shall respond by August 13, 2004.

2. A pretrial conference will be held on August 31, 2004, at 3:00 p.m. before District Judge Michael A. Ponsor in Courtroom II.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge