UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-30025-MAP |
| ) | |
| ERIC LOPEZ, ) | |
| Defendant ) | |

FINAL STATUS REPORT
July 13, 2004

NEIMAN, U.S.M.J.

With the parties' agreement, the court converted the status conference scheduled this day to a final status conference and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. A trial, which the parties estimate will take five days, may be necessary. An initial pretrial conference has been scheduled for August 31, 2004, at 3:00 p.m. in Courtroom II. Defendant is scheduled to file a motion to suppress prior to that date in accord with the interim scheduling order this day.

2. Essentially all discovery has been completed.

3. The parties report and the court finds that no time has run on the Speedy Trial clock as of today. An Order of Excludable Delay will issue.

4. There are no other matters relevant to the progress or resolution of the case.

　　　　　　　　　　　　　　　　　　　　  /s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN

U.S. Magistrate Judge