UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ERIC LOPEZ,
       DEFENDANT

CRIMINAL NO.
2004-30025-MAP

## MOTION TO ENLARGE TIME FOR FILLING OF DEFENDANT'S MOTION TO SUPPRESS AND MEMORANDUM OF LAW

Now comes the Defendant's Counsel and respectfully requests additional time to file Defendant's Motion to Suppress and supporting Memorandum of Law. Counsel had previously agreed to a filing date of 30 July, 2004. Counsel is requesting leave of Court to file said Motion and Memorandum on or before 13 August, 2004.

An affidavit in support of this motion ins attached and incorporated herein by reference.

DATED: 26 JULY, 2004

THE DEFENDANT,

BY _____
Dale E. Bass, Attorney
BBO #545902
14 Hubbard Avenue
Springfield, MA 01105
(413) 732-7900