UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ERIC LOPEZ,
      DEFENDANT

CRIMINAL NO.
2004-30025-MAP

**AFFIDAVIT**

I, DALE E. BASS, an attorney at law admitted to practice in the United States District Court, District Of Massachusetts, do hereby affirm the following to be true, upon information and belief:

1. I am the Attorney of record for the Defendant in the above captioned case. This matter is scheduled for filing of the Defendant's Motion to Suppress and supporting Memorandum of Law on 30 July, 2004. .

2. Counsel's mother passed away this weekend and services are scheduled out of state on 27 and 28 July, 2004. Counsel will be unavailable this week due to family commitments.

3. Furthermore, Counsel had previously scheduled a family vacation, from 30 July, 2004, through 8 August, 2004, and would be unavailable that week as well..

4. Counsel respectfully requests that the filing date be changed for the above stated reasons.

DATED: 26 JULY, 2004                    THE DEFENDANT,

                                        BY _____
                                        Dale E. Bass, Attorney
                                        BBO#545902
                                        14 Hubbard Avenue
                                        Springfield, MA  01105
                                        (413) 732-7900