UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-30025-MAP |
| ) | |
| ERIC LOPEZ, ) | |
| Defendant ) | |

REVISED SCHEDULING ORDER
July 26, 2004

NEIMAN, U.S.M.J.

The court hereby ALLOWS Defendant's Motion to Enlarge Time (Document No. 14) and establishes the following revised schedule:

1. Defendant shall file his motion to suppress by August 13, 2004, to which the Government shall respond by August 27, 2004.

2. The pretrial conference will be held as originally scheduled on August 31, 2004, at 3:00 p.m. before District Judge Michael A. Ponsor in Courtroom II.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge