```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL NO. 04-30025-MAP
                              )
Eric Lopez,                   )
        Defendant.            )
                              )
```

### THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h)(8). In support of this motion the government states that on or about August 31, 2004, counsel for the defendant and undersigned counsel for the government discussed resolving this case through a plea. While the resolution of the case is likely, the parties need additional time. The defendant has assented to the government's request through his counsel, Attorney Dale Bass.

It is in the best interests of the defendant, the government, and the public to allow a delay in order for the plea negotiations to continue, and to exclude the time from August 31, 2004 until October 8, 2004, from the period within which the trial of this case must commence under the Speedy Trial Act.

                                             Respectfully submitted,

                                             MICHAEL J. SULLIVAN
                                             United States Attorney

```
                              By:  s/s Paul Hart Smyth
                                   _____
                                   Paul Hart Smyth
                                   Assistant U.S. Attorney
```

Dated: September 8, 2004