```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        v.                  )    CRIMINAL NO. 04-30025-MAP
                            )
Eric Lopez,                 )
    Defendant.              )
                            )
```

### THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h)(8). In support of this motion the government states that on or about August 31, 2004, counsel for the defendant and undersigned counsel for the government discussed resolving this case through a plea. While the resolution of the case short of trial is likely, the Defendant needs additional time to weigh his options. The Defendant, through his counsel, Attorney Dale Bass, has assented to the government's request to exclude this time.

It is in the best interests of the Defendant, the government, and the public to allow a delay in order for the Defendant to consider a change of plea, and to exclude the time from October 8, 2004 until November 1, 2004, from the period within which the trial of this case must commence under the Speedy Trial Act.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                     By:   s/s Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney

Dated: October 8, 2004