UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ERIC LOPEZ,
          DEFENDANT

CRIMINAL NO.
2004-30025-MAP

## MOTION TO ENLARGE TIME FOR FILING OF PRE-SENTENCE REPORT

Now comes the Defendant in the above referenced matter, and respectfully moves this Honorable Court, to enlarge the time within which the Probation Department must submit their pre-sentence report in the above referenced matter. Specifically, the Defendant requests a five week extension of time.

An affidavit in support of said motion is attached and incorporated herein by reference.

DATED: 21 December, 2004

THE DEFENDANT,

BY _____
Dale E. Bass, Attorney
BBO #545902
14 Hubbard Avenue
Springfield, MA 01105
(413) 732-7900

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ERIC LOPEZ,
        DEFENDANT

CRIMINAL NO.
2004-30025-MAP

AFFIDAVIT IN SUPPORT OF
DEFENDANT'S MOTION TO ENLARGE TIME

I, DALE E. BASS, an attorney at law admitted to practice in the Federal District Court, Western District of Massachusetts, do hereby affirm the following to be true, upon information and belief:

1. I am the attorney of record for the defendant in the above captioned matter, in the Federal District Court, Western District of Massachusetts.

2. The defendant is awaiting sentencing in this matter. He was convicted on 1 November, 2004, after entering a plea of guilty to all counts, before, Ponsor, J.. A sentencing date of 31 January, 2005, at 2 p.m., was set by order of the Court.

3. Counsel has been in communication with Mr. Richard Rinaldi, United States District Court Probation, in an effort to schedule interviews with the Defendant, so that

probation may prepare said pre-sentence report. Counsel's Trial schedule over the last month, as well as the Christmas Holidays has limited the dates that I am available to meet with Mr. Rinaldi and the Defendant.

4. Furthermore, Mr. Rinaldi has informed me that his schedule makes it unlucky that he will be able to meet with Counsel and the Defendant before the New Year. Probation is seeking additional time within which to file said pre-sentence report, because of these scheduling difficulties. Specifically, Probation is requesting a five week extension of time.

5. The Defendant does not oppose the enlargement of time, in order for U.S. Federal District Court Probation to submit its pre-sentence report in the above referenced matter.

DATED: 21 December, 2004

THE DEFENDANT,

BY _____
Dale E. Bass, Attorney
B.B.O. #545902
14 Hubbard Avenue
Springfield, MA  01105
(413) 732-7900