

# MEMORANDUM

███████████████

To:        The Honorable Michael A. Ponsor
           U.S. District Judge

From:      Richard Rinaldi
           U.S. Probation Officer

Re:        Dispositions

Date:      January 24, 2005


The Court Officer for the Springfield Office has been out of the office for almost two weeks while recovering from a severe respiratory infection. Due to this unexpected lengthy absence, the Probation Department respectfully requests that the disposition hearings in the following matters be continued by approximately two to three weeks:

| Name | Docket # | Current Disposition Date |
| --- | --- | --- |
| Hubbard, Radelle | 03-30021 | February 22, 2005 |
| Lopez, Eric | 04-30025 | March 9, 2005 |

The Probation Department wishes to thank the Court for its consideration in this matter.