# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**United States**

**CIVIL / CRIMINAL CASE NO.** 04-30025

**V.**

**Eric Lopez**

**Defendant**

## NOTICE OF CANCELLATION

PONSOR D.J./M.J.

The __SENTENCING__ scheduled for __3/9/05__ at __2:00__ A.M./P.M. before Judge __PONSOR__, has been cancelled. It has been RESCHEDULED to __3/30/05__ at __2:00__ A.M/P.M. in Courtroom # __1__ on the __5TH__ floor.

TONY ANASTAS
CLERK OF COURT

1/27/05

By: /s/Elizabeth A. French
Deputy Clerk

Date

otice to:

(Notice - Cancellation.wpd - 7/99)                                                                                                  [ntchrgcnf.]
                                                                                                                                                        [kntchrgcnf.]