# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: Sheriff, Hampden County House of Correction (Hampden County Jail)

YOU ARE COMMANDED to have the body of __ERIC LOPEZ__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, U.S. Marshal Service, Room 418, 4th Floor, 1550 Main St., Springfield, Massachusetts on __3/30/05__, at __2:00__ P.M.

for the purpose of __SENTENCING HEARING__

in the case of   UNITED STATES OF AMERICA V. __ERIC LOPEZ__

CR Number __04-30025-MAP__

And you are to retain the body of said __ERIC LOPEZ__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __ERIC LOPEZ__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __29th__ day of __MARCH, 2005__.

MICHAEL A. PONSOR
UNITED STATES DISTRICT JUDGE
~~UNITED STATES MAGISTRATE JUDGE~~

SEAL

SARAH A. THORNTON
CLERK OF COURT

By: /s/ Elizabeth A. French
Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)