Eric Manuel Lopez
950 High Street
Central Falls, RI 02863

August 12, 2006



Office of the Clerk
United States District Court
United States Courthouse
1550 Main Street
Springfield, MA 01103

RE; UNITED STATES V. ERIC MANUEL LOPEZ
CASE NO. 04-30025-MAP

Dear Clerk:

   I am requesting the transcripts pertaining to my case proceding Since I don't have the money to pay for it, I am sending you a completed-filled out application to proceed in forma pauperis.

   I asked for the transcripts before. However, I received the docket sheet instead, which is not helpful for my purpose at hand. Thank you.

Respectfully requested,

Eric Manuel Lopéz/Defendant