

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
1550 MAIN STREET, ROOM 521
SPRINGFIELD, MASSACHUSETTS 01103
TELEPHONE: 413-785-0015

**SARAH A. THORNTON**
**CLERK**

**JOHN C. STUCKENBRUCK**
**DIVISION MANAGER**

September 7, 2006

Eric Manuel Lopez
950 High Street
Central Falls, RI 02893

Dear Mr. Lopez:

    The Court is in receipt of your letter received this date requesting transcripts from your court proceeding.  However, you have not indicated which particular hearing you are requesting the transcript for.  The docket sheet may be of some help to you as to the date of the hearing you are interested in.  Please submit your request with this information included and it will be forwarded to the Judge for ruling on your request for payment of fees for the transcript.

    Very truly yours,

    /s/Elizabeth A. French

    Elizabeth A. French
    Deputy Clerk