ERIC LOPEZ
Reg. No:90799-038
FCI-LORETTO
P.O.Box 1000
Loretto, PA    15940

FILED
CLERK'S OFFICE

2007 NOV -5  A 10: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

October 1, 2007

Office Of The Clerk
United States District Court
District of Massachusetts (Springfield)
Federal Bldg. & Courthouse
1550 Main Street
Springfield, MA    01103

Re: Docket No: 3: 04-CR-30025-001 MAP

Dear Office of the Clerk:

The purpose of this correspondence is to respectfully requests this Honorable Court Office assistance in obtaining certain documents related to the above numbered case.

The following documents are needed:

1. Copy of the Sentencing hearing of March 3, 2007, pertaining to this case.

As I know that there is a statutory fee for each copy of documents requested to this Court. In support of my request, I have enclosed an application to proceed in forma pauperis supporting this request without being required to prepay my request because I am unable to pay the cost of said request.

RESPECTFULLY

Eric Lopez