Date: MARCH 11, 2008

FILED IN CLERK'S OFFICE

2008 MAR 14 A 9:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

Hon. M.A. PONSOR
c/o OFFICE OF THE CLERK
Deputy Clerk
United States District Court

04CR30025-MAP

Dear CLERK :

I was sentenced by Judge PONSOR on MARCH 30, 2005 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

My current release date is 3/15/2011.

I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

Sincerely,

Eric Lopez

Name: ERIC LOPEZ   U.S.M. 90799-038

Address: FEDERAL CORRECTIONAL INSTITUTION - LORETTO
P.O. BOX 1000
LORETTO, PA 15940

Telephone: N/A