**CJA 23**
Rev. 5/98

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF

**U.S.A.** vs **ERIC LOPEZ**

FOR **DISTRICT OF MASSACHUSETTS**
AT **SPRINGFIELD DIVISION**

9:48

CASE NO. **3:04 CR 30025 -001**

PERSON REPRESENTED (Show your full name)

▶ **ERIC MANUEL LOPEZ**

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony
☐ Misdemeanor

21:841(a)(1)
21:860
18:924(c)(1)

| | DOCKET NUMBERS |
|---|---|
| 1 ☐ Defendant - Adult | Magistrate |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | District Court |
| 4 ☐ Probation Violator | 3:04 CR 30025 -(001) |
| 5 ☐ Parole Violator | Court of Appeals |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | 3582(c)(2) MOVANT |
| 9 ☒ Other | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### EMPLOYMENT

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed

Name and address of employer: **B.O.P. - ORDERLY**

IF YES, how much do you earn per month? $ **5.15**

IF NO, give month and year of last employment
How much did you earn per month? $

If married is your Spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ **N/A**

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

### ASSETS

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES | $ | |

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☒ Yes  ☐ No  IF YES, state total amount $ **.76**

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, GIVE THE VALUE AND DESCRIBE IT | $ | |

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: **0**

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt |
|---|---|---|---|
| $ 8/MONTH | FINE PMT | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **MARCH 11, 2008**

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) ▶