

| Inmate Inquiry | | | |
|---|---|---|---|
| Inmate Reg #: | 90799038 | Current Institution: | Loretto FCI |
| Inmate Name: | LOPEZ, ERIC | Housing Unit: | LOR-D-A |
| Report Date: | 03/11/2008 | Living Quarters: | D01-005U |
| Report Time: | 1:14:58 PM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0993 |
| PAC #: | 049132109 |
| FRP Participation Status: | Participating |
| Arrived From: | LEW |
| Transferred To: | |
| Account Creation Date: | 6/7/2006 |
| Local Account Activation Date: | 4/20/2007 5:08:01 AM |
| Sort Codes: | |
| Last Account Update: | 3/11/2008 1:04:45 PM |
| Account Status: | Active |
| Phone Balance: | $11.85 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.76 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.76 |

National 6 Months Deposits: $290.09
National 6 Months Withdrawals: $298.40
National 6 Months Avg Daily Balance: $5.25
Local Max. Balance - Prev. 30 Days: $50.91
Average Balance - Prev. 30 Days: $5.04

## Commissary History

**Purchases**

Validation Period Purchases: $34.15
YTD Purchases: $150.40
Last Sales Date: 3/11/2008 6:53:54 AM

**SPO Information**

SPO's this Month: 0
SPO $ this Quarter: $0.00

**Spending Limit Info**

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $34.15
Remaining Spending Limit: $255.85

## Commissary Restrictions

**Spending Limit Restrictions**

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

**Item Restrictions**

**List Name**           **List Type**         **Start Date**      **End Date**        **Active**

## Comments

**Comments:**