# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

v.                                                **APPEARANCE**

ERIC LOPEZ

Case Number:   04-CR-30025-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 9, 2008 | /s/ Alex J. Grant |
| Date | Signature |
| | Alex J. Grant                    629754 |
| | Print Name                       Bar Number |
| | 1550 Main St., Room #310 |
| | Address |
| | Springfield        MA        01103 |
| | City        State        Zip Code |
| | (413) 785-0235        (413) 785-0394 |
| | Phone Number        Fax Number |