✎AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ERIC LOPEZ ) | Case No: 04-30025-MAP |
| ) | USM No: 90799-038 |
| Date of Previous Judgment: 04/04/2005 ) | DALE BASS, ESQ |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __84__ months **is reduced to** __78__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 15 | Amended Offense Level: | 13 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 84 to 90 months | Amended Guideline Range: | 78 to 84 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The reduction of imprisonment to 78 months on Counts 1 and 2 includes the 60 months originally imposed on Count 3 which runs consecutively to any sentence imposed on the other counts, pursuant to U.S.S.G. Sec. 5G1.2 (a).

Except as provided above, all provisions of the judgment dated __04/06/2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __04/11/2008__

Effective Date: __4·11·08__
(if different from order date)

_/s/ Michael A. Ponsor_
Judge's signature

MICHAEL A. PONSOR, U.S. DISTRICT JUDGE
Printed name and title